## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSE A. GOMEZ, JULIANA REYES, JUAN M. CRUZ, TED MCDONALD CECILIA ORTIZ and MARIO CRUZ on behalf themselves and all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>TYSON FOODS, INC.<br>(d/b/a Tyson Fresh Meats),<br><br>Defendant., | 8:08CV21<br><br>ORDER |

This matter comes before the Court on Plaintiffs' Jose A. Gomez, Juliana Reyes, Juan M. Cruz, Ted McDonald, Cecilia Ortiz and Mario Cruz, et al., individually and on behalf of a class of others similarly situated, if any, and Defendant Tyson Foods, Inc.'s ("Tyson") Joint Motion For Extension Of Deadlines (Filing No. 45). Having reviewed the Joint Motion, the Court adopts the parties' proposed extension of the discovery deadlines listed in the Court's order (Filing No. 38).

The Court's order hereby is amended to extend the parties' deadline for discovery relating to class action certification until February 1, 2010, extend Plaintiffs' deadline to file class action certification motion until February 10, 2010, extend Defendant's deadline to serve opposition to Plaintiffs' class action certification motion until March 15, 2010, and extend Plaintiffs' deadline to file reply briefs supporting class action certification motion until March 31, 2010.

**IT IS SO ORDERED.**

DATED this 29th day of September, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge