### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JOSE A. GOMEZ, JULIANA REYES,** ) <br> **JUAN M. CRUZ, TED MCDONALD** ) <br> **CECILIA ORTIZ and MARIO CRUZ** ) <br> on behalf themselves and all other ) <br> similarly situated individuals, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **TYSON FOODS, INC.** ) <br> **(d/b/a Tyson Fresh Meats),** ) <br> ) <br> **Defendant.** ) | **8:08CV21** <br><br> **ORDER** |

This matter comes before the Court following a planning conference with counsel on December 18, 2009. Due to the volume of class certification discovery materials the parties requested an extension of the deadlines. For good cause shown, the request is granted.

The Court's order (Filing No. 46) is amended to extend the parties' deadline for discovery relating to class action certification until April 1, 2010, extend Plaintiffs' deadline to file class action certification motion until April 20, 2010, extend Defendant's deadline to serve opposition to Plaintiffs' class action certification motion until May 28, 2010, and extend Plaintiffs' deadline to file reply briefs supporting class action certification motion until March 31, 2010.

**IT IS SO ORDERED.**

DATED this 21st day of December, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge