IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSE A. GOMEZ, JULIANA REYES, JUAN M. CRUZ, TED MCDONALD, CECILIA ORTIZ, AND MARIO CRUZ on behalf of themselves and all other similarly situated individuals, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:08CV021 |
| vs. | ) ) | ORDER |
| TYSON FOODS INC., d/b/a Tyson Fresh Meats, | ) ) ) | |
| Defendant. | ) | |

This matter is before the court on the parties' Joint Motion to Extend the Scheduling Order ([Filing No. 57](#)). The parties seek to extend the deadlines in this case regarding the plaintiffs' motion for class certification under [Fed.R.Civ.P. 23](#), pending the court's ruling on the defendant's motion for partial summary judgment ([Filing No. 47](#)). Upon consideration,

**IT IS ORDERED:**

1. Parties' deadline for discovery relating to class action certification shall be **thirty (30)** days following the court's ruling on the defendant's motion for partial summary judgment ([Filing No. 47](#)).
2. The plaintiffs' deadline to file a class action certification motion shall be **forty-five (45)** days following the court's ruling on the defendant's motion for partial summary judgment ([Filing No. 47](#)).
3. The defendant shall have **twenty-one (21)** days following the filing of plaintiffs' class action motion in which to file a response brief.
4. The plaintiffs shall then have **fourteen (14)** days to file a reply brief in support of class action certification.

Dated this 9th day of March, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge