IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA
OMAHA DIVISION

| | |
|---|---|
| JOSE A. GOMEZ, et al. on behalf of themselves and all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>TYSON FOODS, INC.<br><br>Defendant. | Case No. 8:08-cv-0021-JFB-TDT<br><br>**CLASS ACTION** |

## PLAINTIFFS' MOTION FOR RULE 23 CLASS CERTIFICATION

Plaintiffs Jose A. Gomez, et al., by and through their undersigned counsel, and pursuant to Rule 23 of the Federal Rules of Civil Procedure, hereby submit the following Motion For Class Certification.

The class requested to be certified is defined as follows:

> All current and former employees of Defendant Tyson's Dakota City, Nebraska meat processing facility who have been employed by Tyson at any time from January 17, 2004[1] to the present and who are or were paid under a "gang time" compensation system in the Kill and Fabrication Departments.

Each of Plaintiffs' claims for violation of Nebraska state law, implicate the same underlying facts with regard to Defendant's failure to pay for the workers' for time spent at work donning, doffing and cleaning personal protective equipment and performing other related unpaid activities. As such, each and every element of Fed.R.Civ.P. 23 is

---

[1] Plaintiffs' Nebraska state law claims have a four-year statute of limitations and thus the class period should extend four years backwards from the date of the filing of the Complaint (which was February 29, 2008). See, Shaw v. McFarland Clinic, P.C., 363 F.3d 744 (8th Cir. 2004).

1

satisfied to certify a class under either Rule 23(b)(1) or (b)(3). In support of this Motion, Plaintiffs incorporate the accompanying Memorandum of Law and Index of Exhibits.

WHEREFORE, pursuant to Rule 23 and upon consideration of their Motion and Memorandum of Law and Index of Exhibits, the Plaintiffs respectfully request that this Court grant their Motion For Rule 23 Class Certification.

Respectfully submitted,

/s/ Brian P. McCafferty

---

BRIAN P. MCCAFFERTY
Kenney & McCafferty
3031C Walton Road, Suite 202
Plymouth Meeting, PA 19462
Phone: (610) 940-0327
Facsimile: (610) 940-0284
E-Mail: cafstar@aol.com

MICHAEL HAMILTON
Provost Umphrey Law Firm, L.L.P.
2021 Richard Jones Road, Suite 300
Nashville, TN 37215
Phone: (615) 242-0199
Fax: (615) 256-5922
E-Mail: mhamilton@provostumphrey.com

ROGER K. DOOLITTLE
460 Briarwood Drive, Suite 500
Jackson, MS 39206
(601) 957-9777 (phone)
(601) 957-9779 (fax)
E-Mail: rogerkdoolittle@aol.com

**Attorneys for Plaintiffs**

DATED: June 21, 2010

## CERTIFICATE OF SERVICE

I, Brian P. McCafferty, hereby certify that on June 21, 2010, I electronically filed the foregoing Plaintiffs' Motion For Rule 23 Class Certification with the Clerk of Court using the CM/ECF system which sent notification of such to the following counsel for Defendant Tyson:

>Michael J. Mueller, Esq.
>Evangeline Paschal, Esq.
>Alison D. Balus, Esq.
>Steven D. Davidson, Esq.

and I hereby certify that I have mailed by United States Postal Service, postage prepaid, this document to the following non CM/ECF participants:

>None.

>/s/ Brian P. McCafferty
>_____
>Brian P. McCafferty

Dated: June 21, 2010