# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JOSE A. GOMEZ, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | 8:08CV21 |
| | ) | |
| vs. | ) | |
| | ) | |
| **TYSON FOODS, INC.,** | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiffs' Motion to Continue Trial Date and For Extension of Certain Pretrial Deadlines (Filing No. 189). The defendant filed a brief (Filing No. 190) and an index of evidence (Filing No. 191) in opposition to the motion. Upon consideration,

**IT IS ORDERED:**

The plaintiffs' Motion to Continue Trial Date and For Extension of Certain Pretrial Deadlines (Filing No. 189) is granted, in part, and denied, in part.

1. The parties shall have an extension of time until **January 7, 2013**, to file and serve a list of all exhibits it expects to offer by providing a numbered listing and permitting examination of such exhibits, designating on the list those exhibits it may offer only if the need arises.

2. The parties shall have an extension of time until **February 1, 2013**, to file motions in limine.

3. The Final Pretrial Conference with the undersigned magistrate judge remains scheduled for **February 15, 2013, at 10:00 a.m.** in chambers, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

4. Trial remains scheduled set to commence, at the court's call, during the week of March 18, 2013, in Omaha, Nebraska, before the Honorable Joseph F. Bataillon. DATED this 13th day of December, 2012.

BY THE COURT:
 s/ Thomas D. Thalken
United States Magistrate Judge