IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSE A. GOMEZ, et al, ) | |
| ) | Case No. 8:08CV21 |
| Plaintiffs, ) | |
| ) | |
| vs. ) | ORDER TO WITHDRAW |
| ) | EXHIBITS |
| TYSON FOODS, INC., ) | |
| ) | |
| Defendant. ) | |

Pursuant to NECivR 79.1(f), counsel for the parties are ordered to withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order:

**Plaintiff and Defendant Jury Trial Exhibits**

If counsel fail to withdraw these exhibits as ordered, counsel will be ordered to show cause why sanctions should not be imposed. Counsel shall maintain these exhibits in their present condition or state until this case is no longer subject to appellate review.

IT IS SO ORDERED.

DATED this 7th day of June, 2013.

s/ Joseph F. Bataillon
United States District Judge

proc\Exhibits\Form-Order to Withdraw Appeal Time Pending.wpd
Approved 02/15/07