IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSE A. GOMEZ, JULIANA REYES, JUAN M. CRUZ, TED MCDONALD, CECILIA ORTIZ, and MARIO CRUZ, on behalf of themselves and all other similarly situated individuals,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>TYSON FOODS, INC.,<br><br>　　　　　　Defendant. | 8:08CV21<br><br>**JUDGMENT** |

Pursuant to a Memorandum and Order entered this date,

1.  Judgment is entered in favor of the plaintiffs and against the defendant in the amount of $3,307,191.20, together with the costs of this action, attorney fees to be determined at a later date, and interest as provided by law.

2.  The defendant shall remit $1,653,595.60 to the State Treasurer of the State of Nebraska for distribution in accordance with Article VII, section 5, of the Constitution of Nebraska for willful nonpayment of wages under Neb. Rev. Stat. § 48-1231(2).

DATED this 2nd day of October, 2013.

　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　United States District Judge