IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSE A. GOMEZ, on behalf of himself and all other similarly situated individuals; JULIANA REYES, on behalf of herself and all other similarly situated individuals; JUAN M. CRUZ, on behalf of himself and all other similarly situated individuals; TED MCDONALD, on behalf of himself and all other similarly situated individuals; CECILIA ORTIZ, on behalf of herself and all other similarly situated individuals; and MARIO CRUZ, on behalf of himself and all other similarly situated individuals;<br><br>            Plaintiffs,<br><br>  v.<br><br>TYSON FOODS, INC.,<br><br>            Defendant. | 8:08CV21<br><br>JUDGMENT |

This matter is before the court on the Mandate/Judgment of the Eighth Circuit Court of Appeals ("Eighth Circuit"), Filing No. 453.  On remand, this court has been directed to directions to enter judgment for Tyson.  See Filing No. 448, Eighth Circuit Opinion at 6.   Accordingly,

1. Judgment is entered in favor of defendant Tyson Foods, Inc.

2. This action is dismissed.

Dated this 9th day of November, 2015

                                            BY THE COURT:

                                            s/ Joseph F. Bataillon
                                            Senior United States District Judge